IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**WILEY JONES**  **PLAINTIFF**

v.  No. 4:11-cv-303-DPM

**DASSAULT FALCON JET CORP.; DAVID
STUFF, individually; and GARY RAY,
individually**  **DEFENDANTS**

## JUDGMENT

Jones's claims against David Stuff and Gary Ray are dismissed without prejudice; Jones's claims against Falcon are dismissed with prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 July 2013